# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>Xavier Avila,<br><br>Defendant. | Case No. 20CR1553-GPC<br><br>JUDGMENT OF DISMISSAL<br><br>**FILED**<br>NOV 0 5 2020<br>CLERK, U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_   Remand U.S. Court of Appeals, Previously Imposed Sentence is Hereby Set Aside and Vacated, and

\_   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_   the Court has dismissed the case for unnecessary delay; or

\_   the Court has granted the motion of the Government for dismissal, without prejudice; or

\_   the Court has granted the motion of the defendant for a judgment of acquittal; or
\_   a jury has been waived, and the Court has found the defendant not guilty; or

**X**   the jury has returned its verdict, finding the defendant not guilty;

**X**   of the offense(s) as charged in the Superseding Indictment:

Count 1: 21:952, 960 - Importation of Cocaine; Count 2: 21:841(a)(1) - Possession of Cocaine with Intent to Distribute

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

Dated: 11/5/2020

_____
Hon. Gonzalo P. Curiel
United States District Judge